IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:09CR138 |
| | ) | |
| JEREMY FLEMKE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's motion to continue trial (Doc. 21). For good cause shown,

**IT IS ORDERED** that the motion is granted, as follows:

1. The jury trial now set for June 9, 2009 is continued to **July 7, 2009.**

2. In accordance with [18 U.S.C. § 3161](h)(8)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **June 9, 2009 and July 7, 2009**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act because counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case. The failure to grant additional time would deny the Government continuity of counsel and might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**DATED June 4, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**