UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:09CR138 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | FINAL ORDER OF |
| | ) | FORFEITURE |
| | ) | |
| JEREMY FLEMKE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the United States' Motion for Final Order of Forfeiture (Filing No. 54). The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On August 19, 2009, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 2252 and 2253, based upon the Defendant's plea of guilty to Counts I and III of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in the following items were forfeited to the United States:

  a.   Gateway laptop computer, serial #T3C76L1005695;

  b.   Gateway desktop computer, serial #0021934767;

  c.   HP desktop computer, serial #US91365998;

  d.   CD's and DVD's located in the basement along the west wall;

  e.   Linksys router, serial #CJJ01F507671 and Maxtor external hard drive, serial #2HA4ECYH;

  f.   Nexstar hard drive; Seagate Free Agent external hard drive, serial #6QG067WB; Maxtor internal hard drive, serial #663201213137;

    g.      DVD's and VHS tapes; and

    h.      USB thumb drive.

2. Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on January 23, 2010, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on March 26, 2010 (Filing No. 53).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

IT IS ORDERED:

A. The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 54) is hereby sustained.

B. All right, title and interest in and to the following held by any person or entity, is hereby forever barred and foreclosed:

    a.      Gateway laptop computer, serial #T3C76L1005695;

    b.      Gateway desktop computer, serial #0021934767;

    c.      HP desktop computer, serial #US91365998;

    d.      CD's and DVD's located in the basement along the west wall;

    e.      Linksys router, serial #CJJ01F507671 and Maxtor external hard drive, serial #2HA4ECYH;

    f.      Nexstar hard drive; Seagate Free Agent external hard drive, serial #6QG067WB; Maxtor internal hard drive, serial #663201213137;

    g.      DVD's and VHS tapes; and

h. USB thumb drive.

C. The following be, and the same hereby are, forfeited to the United States of America:

a. Gateway laptop computer, serial #T3C76L1005695;

b. Gateway desktop computer, serial #0021934767;

c. HP desktop computer, serial #US91365998;

d. CD's and DVD's located in the basement along the west wall;

e. Linksys router, serial #CJJ01F507671 and Maxtor external hard drive, serial #2HA4ECYH;

f. Nexstar hard drive; Seagate Free Agent external hard drive, serial #6QG067WB; Maxtor internal hard drive, serial #663201213137;

g. DVD's and VHS tapes; and

h. USB thumb drive.

D. The United States Marshal for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 20th day of April, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge